# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CIVIL ACTION NO. 5:23-cv-00409-D

| ALEXIS ARIELLE WILLIAMS, | |
|---|---|
| Plaintiff, | **ORDER REMANDING BACK TO STATE COURT PURSUANT TO 28 U.S. CODE § 1447** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

This cause coming to be heard before the undersigned United States District Court Judge upon joint motion of the Parties to remand this matter back to the Jurisdiction of the District Court of Wake County, North Carolina pursuant to 28 U.S. Code § 1447 *et. seq.* It appearing to the Court upon consent of the Parties that this motion should be allowed.

It is thereby ordered that this Civil Action is hereby remanded from the jurisdiction of this Court to the jurisdiction of the District Court of Wake County, North Carolina.

SO ORDERED. This the _2_ day of August, 2023.

JAMES C. DEVER III
United States District Judge

1